Response to Notice of Final Cure Payment - Supplement

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Name of debtor:** | William Thomson | **Case Number:** | 11-42247 |
| | | **Chapter 13** | |
| **Trustee:** | Glenn B. Stearns | **Judge:** | Bruce W. Black |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT AS OF: 11/22/2016

Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.

| | | | |
|---|---|---|---|
| **Name of creditor:** | U.S. Bank National Association | **Last four digits** of any number you use to identify the debtor's account: | xxxxxx8042 |

## Statement in Response as of: 11/22/2016

### 1. Pre-Petition Arrears - Court claim no. (if known): N/A (Docket Entry #44)

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the Trustee's cure notice.

If Creditor disagrees:
- Amount of pre-petition arrears due at filing: _____
- Amount received from the Chapter 13 Trustee _____
- Pre-Petition arrears remaining due: _____

### 2. Post-Petition Amounts

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of this Response.

If Creditor disagrees:
- Post-petition amounts remaining due: _____

### 3. Sign Here

Print Name: Carlos Hernandez-Vivoni
Title: Authorized Agent for U.S. Bank National Association
Company: Buckley Madole, P.C.

/s/ Carlos Hernandez-Vivoni
Signature

12/08/2016
Date

Address and telephone number:
P. O. Box 9013
Addison, TX 75001

Telephone: ((972) 643-6600     Email: POCInquiries@buckleymadole.com

### CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before December 8, 2016 via electronic notice unless otherwise stated:

**Debtor**      *Via U.S. Mail*
William Thomson
1110 Highland Ave
Lockport, IL 60441

**Debtors' Attorney**
Karolina L Hollingsworth
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603

**Chapter 13 Trustee**
Glenn B Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

**U.S. Trustee**
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Respectfully Submitted,

/s/ Carlos Hernandez-Vivoni